# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00237-CV

**Tanisa Jeffers Bernard, Appellant**

**v.**

**Brian Y. Bernard, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-005899, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 17, 2021, appellant Tanisa Jeffers Bernard filed a notice of appeal from the trial court's May 3, 2021 Notice and Order of Nonsuit dismissing the case. The Court has been notified by supplemental clerk's record that appellant's motion for new trial has been granted. The effect of the grant of a motion for new trial is to set aside the original judgment and reinstate the case on the docket as if it had not been tried. *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005) ("[W]hen the trial court grants a motion for new trial, the court essentially wipes the slate clean and starts over."). Thus, there is no longer a final and appealable judgment over which we may exercise jurisdiction. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

After an initial review, the Clerk of this Court sent appellant a letter informing her that the Court appears to lack jurisdiction over the appeal for the reasons stated above and requesting a response informing us of any basis that exists for jurisdiction. To date,

no response has been filed. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: October 14, 2021